IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR05-1025 LRR |
| | ) | |
| Plaintiff, | ) | **COUNTS 1 and 2** |
| | ) | 21 U.S.C. §§ 841(a)(1) & 846 |
| vs. | ) | |
| | ) | **COUNTS 3 and 4:** |
| TERRY LEE MESS, | ) | 21 U.S.C. § 841(c)(2) |
| | ) | |
| Defendant. | ) | |

## INDICTMENT

The Grand Jury charges:

## COUNT 1

Between about January 2005 and May 2005, in the Northern District of Iowa and

elsewhere, the defendant, TERRY LEE MESS, after having previously been convicted of

felony drug offenses, to wit:

On October 1, 1990, defendant was convicted of unlawful delivery of a controlled
substance in *State of Illinois v. Terry Lee Mess*, in the Circuit Court of the 15th
Judicial Circuit for Jo Daviess County, Case No. 90-CF-33, a felony drug offense;
and

On November 2, 1999, defendant was convicted of conspiracy to
manufacture methamphetamine in *State of Iowa v. Terry Mess,* in the District
Court of Iowa for Dubuque County, Case No. FECR 035191, a felony drug
offense,

1

did knowingly and unlawfully combine, conspire, confederate and agree with persons known and unknown to the grand jury, to manufacture and attempt to manufacture 50 grams or more of actual (pure) methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 851.

This in violation of Title 21, United States Code, Section 846.

## COUNT 2

On or about March 8 and 9, 2005, in the Northern District of Iowa, TERRY LEE MESS, after having been previously convicted of a felony drug offense, to wit:

On November 2, 1999, defendant was convicted of conspiracy to manufacture methamphetamine in *State of Iowa v. Terry Mess,* in the District Court of Iowa for Dubuque County, Case No. FECR 035191, a felony drug offense,

did knowingly and intentionally attempt to manufacture, and aid and abet the attempt to manufacture, 50 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance.

This in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), 846, and 851 and Title18, United States Code, Section 2.

## COUNT 3

On or about March 8 and 9, 2005, in the Northern District of Iowa, TERRY LEE MESS did knowingly and intentionally possess pseudoephedrine, a List I chemical, knowing and having reasonable cause to believe that the pseudoephedrine would be used to manufacture methamphetamine, a Schedule II controlled substance.

2

This in violation of Title 21, United States Code, Section 841(c)(2).

## **COUNT 4**

On or about March 8 and 9, 2005, in the Northern District of Iowa, TERRY LEE MESS did knowingly and intentionally possess red phosphorus, a List I chemical, knowing and having reasonable cause to believe that the red phosphorus would be used to manufacture methamphetamine, a Schedule II controlled substance.

This in violation of Title 21, United States Code, Section 841(c)(2).

A TRUE BILL

<u>  s/Foreman                </u>
Foreman

<u>  August 24, 2005         </u>
Date

CHARLES W. LARSON, SR.
United States Attorney

By: s/Daniel C. Tvedt

DANIEL C. TVEDT
Assistant United States Attorney

3