FILED
U.S. DISTRICT COURT
CEDAR RAPIDS HDQTRS OFFICE
NORTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

AUG 2 4 2005

By: _____
DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| | ) No. CR *05-1025 LRR* |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| TERRY LEE MESS, | ) |
| | ) |
| | ) |
| Defendant. | ) |

## ORDER SEALING INDICTMENT AND WARRANT

For cause, it is

ORDERED

That the Indictment and Warrant in this matter are sealed until the arrest of the defendant.

Dated this __24__ day of August, 2005.

_____
JOHN A. JARVEY
Chief Magistrate Judge
United States District Court
Northern District of Iowa

1