# UNITED STATES DISTRICT COURT

__NORTHERN__  District of  __IOWA__

| | |
|---|---|
| UNITED STATES OF AMERICA | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
| V. | |
| __TERRY LEE MESS__ <br> *Defendant* | Case  CR05-1025 |

Upon motion of the  _Defendant_

detention hearing is set for  _9|2|05_  * at  _9:00 am_
                              *Date*              *Time*

before  THE HONORABLE JOHN A. JARVEY
        *Name of Judicial Officer*

ROOM 212, UNITED STATES DISTRICT COURTHOUSE, CEDAR RAPIDS, IOWA
*Location of Judicial Officer*

Pending this hearing, the defendant shall be held in custody by THE UNITED STATES MARSHAL

Date:  _8|26|05_

_____
*Judicial Officer*

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant.  18 U.S.C. § 3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present.  Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.