# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA

UNITED STATES,                              )
                                            )
                  Plaintiff,                )
                                            )   **NO. CR05-1025-LRR**
        v.                                  )
                                            )   **APPEARANCE**
**TERRY LEE MESS,**                         )
                  Defendant                 )

**COMES NOW**, Attorney, Crystal L. Usher of the law firm Nazette, Marner, Wendt, Knoll

& Usher, 100 First Street SW, Cedar Rapids, Iowa 52404, and hereby enters her appearance on

behalf of the Defendant, Terry Lee Mess, in the above captioned matter.

> _/S/_____
> Crystal L. Usher            LI0010493
> NAZETTE, MARNER, WENDT,
> KNOLL & USHER, L.L.P.
> 100 1st Street SW, Suite 100
> Cedar Rapids, IA 52404
> (319) 364-0124
> (319) 364-1116 – Facsimile
> email: crystal.usher@nazmar.com
> ATTORNEY FOR DEFENDANT

**Copy To:**
**Daniel C. Tvedt, Assistant US Attorney**

CERTIFICATE OF SERVICE
The undersigned certifies that the foregoing instrument
was served upon all parties to the above cause to each
of the attorneys of record herein at their respective addresses
disclosed on the pleadings on August 30, 2005

By: ___ U.S. Mail              ___ FAX
    ___ Hand Delivered         ___ Overnight Courier
    ___ Certified Mail         _X_ Other: email

Signature ___/S/_____