<div align="center">

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF IOWA**

</div>

| | |
|---|---|
| **UNITED STATES,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | **NO. CR05-1025-LRR** |
| v. ) | |
| ) | **WAIVER OF** |
| **TERRY LEE MESS,** ) | **DETENTION HEARING** |
| Defendant. ) | |

**COMES NOW**, Attorney, Crystal L. Usher, and for the waiver of the detention hearing states:

1.     A detention review has been set for September 2, 2005 at 9:00 am.

2.     The undersigned has discussed the right to a detention hearing with the Defendant and the issues that will be reviewed in said hearing.

3.     Defendant waives detention review at this time.

4.     Defendant requests that he be allowed to request detention review at a later date.

WHEREFORE, the defendant prays that he be allowed to waive his detention review at this time; and further that he be allowed to request review at a later time should his circumstances change.

<div style="margin-left: 40%;">

__/S/_____
Crystal L. Usher                LI0010493
NAZETTE, MARNER, WENDT,
KNOLL & USHER, L.L.P.
100 1st Street SW, Suite 100
Cedar Rapids, IA 52404
(319) 364-0124
(319) 364-1116 – Facsimile
email: crystal.usher@nazmar.com
ATTORNEY FOR DEFENDANT

</div>

**Copy To:**
**Daniel C. Tvedt, Assistant US Attorney**

**CERTIFICATE OF SERVICE**
The undersigned certifies that the foregoing instrument
was served upon all parties to the above cause to each
of the attorneys of record herein at their respective addresses
disclosed on the pleadings on August 30, 2005.

By: ___ U.S. Mail                    ___ FAX
   ___ Hand Delivered              ___ Overnight Courier
   ___ Certified Mail_X__ Other: email

Signature ___/S/_____