# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# EASTERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

TERRY LEE MESS,

        Defendant.

Case No. CR05-1025

ORDER

_____

This matter comes before the court pursuant to the government's motion for detention made at the defendant's initial appearance before a judicial officer in this district. The court set a hearing on this motion for September 2, 2005. However, prior to the hearing, defense counsel notified the court that the defendant agreed to be detained subject to his ability to request and receive a prompt hearing on the government's motion for detention at a later time.

Upon the foregoing,

IT IS ORDERED

1. That the defendant is committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.

2. The Attorney General shall afford the defendant reasonable opportunity for private consultation with counsel while detained.

September 2, 2005.

JOHN A. JARVEY
Magistrate Judge
UNITED STATES DISTRICT COURT