# IN THE IOWA DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
_Cedar Rapids_ DIVISION

Case Number: _CR05-1025_  Date: _Sept. 21, 2005_

Case Title: _USA_ vs. _Terry Lee Mean_

JUDGE: Honorable _John A. Jarvey_

TIME IN COURT: Start _11:58_ (a.m)/p.m. Adjourn: _12:01_ a.m/(p.m.)

Time in chambers _____

Recesses _____

APPEARANCES: Plaintiff _AUSA Dan Tvedt by telephone_

Defendant _w/Crystal Usher._

Court Reporter _____ Contract Reporter Y/N _(If yes, provide copy to financial)_

Interpreter _____ _(Provide copy to financial)_ Phone? **Y/N** Certified? **Y/N**

## TYPE OF PROCEEDING:    Interpreter Language: _____

**A.  HEARING:**

1.  MOTION (Nature): _____

2.  ARRAIGNMENT: _____ INITIAL APPEARANCE: _____

    (a) Defendant plead guilty/not guilty to counts _____

    (b) Counsel retained/appointed: FPD/Other _____

3.  PLEA: Defendant plead to counts _____

    Defendant detained/released pending sentencing.

4.  SENTENCING: Objections to PSIR _____

    Total Offense Level: _____ Criminal History: _____

    Sentence: _(See J&C Order)_

    Counts dismissed: _____

    Defendant detained/released and shall report _____

(5)  OTHER HEARING: _Status Hearing_

**B.  TRIAL:** Jury _____ Non-Jury _____ Contested Sentencing _____ Prelim Inj/TRO _____

WITNESS CALLED/EXHIBITS INTRODUCED _(See attached sheet)_: _____

MOTIONS RULED ON BY THE COURT: _____

a.  Docket Nos. _____

(1) ~~Ruling~~ _No plea agreement has been reached. Trial set wk of 10-17-05, Trial - 2½ days. No discovery problems. No motions. Attys to confer regarding writs, subpoenas_

(2) Order to follow: Yes _____ No _____

b.  Docket Nos. _____

(1) Ruling _____

(2) Order to follow: Yes _____ No _____

DEADLINES: 1. TRIAL _____  2. PRETRIAL MOTIONS _____

3. SENTENCING _____  4. PRETRIAL CONF. _____

5. DETENTION HEARING _____  6. PRELIMINARY HEARING _____

7. OTHER _____

MISC _____

Copies to: _____ _Dianne Eveland_

Deputy Clerk