| | | |
|---|---|---|
| UNITED STATES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **NO. CR05-1025-LRR** |
| v. | ) | |
| | ) | **MOTION TO CONTINUE** |
| TERRY LEE MESS, | ) | |
| Defendant. | ) | |

**COMES NOW**, the Defendant, by and through counsel, and for his Motion states:

1.      The Defendant has been advised that a number of individuals in the trial United States v. John McAtee testified with regard to the Defendant's conduct.

2.      Those transcripts have not yet been added to the discovery material nor have they been made available to the undersigned.

3.      The undersigned was notified by an attorney for one of the witnesses in the John McAtee trial that the transcripts had become available as of October 5, 2005.

4.      The undersigned has filed an Application requesting a copy of the trial testimony of John McAtee and the trial testimony of Jodi McAtee.

5.      The US Attorney does not object to a continuance in this matter.  The parties are currently in negotiations with regard to a plea agreement.  However, the Defendant is required to give a proffer prior to the plea agreement.

6.      Both parties are concerned that the time limitations will prevent entering a mutually acceptable plea agreement.

7.      Dan Tvedt has not objection to the Motion to Continue.

WHEREFORE, the Defendant prays that the Court enter an Order continuing trial in this matter until a later date and time so that the parties have sufficient opportunity to review the

transcripts of the John McAtee trial and to provide a proffer and negotiate a plea agreement in this matter.

\_\_/S/_____
Crystal L. Usher           LI0010493
NAZETTE, MARNER, WENDT,
KNOLL & USHER, L.L.P.
100 1st Street SW, Suite 100
Cedar Rapids, IA 52404
(319) 364-0124
(319) 364-1116 – Facsimile
email: crystal.usher@nazmar.com
ATTORNEY FOR DEFENDANT

**Copy To:**
**Daniel C. Tvedt, Assistant US Attorney**

**CERTIFICATE OF SERVICE**
The undersigned certifies that the foregoing instrument
was served upon all parties to the above cause to each
of the attorneys of record herein at their respective addresses
disclosed on the pleadings on October 6, 2005.

By: \_\_\_ U.S. Mail          \_\_\_ FAX
    \_\_\_ Hand Delivered      \_\_\_ Overnight Courier
    \_\_\_ Certified Mail\_X\_\_ Other: email

Signature \_\_\_/S/_____