# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| **UNITED STATES,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | **NO. CR05-1025-LRR** |
| v. ) | |
| ) | **APPLICATION FOR PORTIONS OF** |
| **TERRY LEE MESS,** ) | **UNITED STATES V. JOHN McATEE** |
| Defendant. ) | **TRIAL TRANSCRIPT** |

**COMES NOW**, the Defendant, Terry Mess, by and through counsel and for his Application states:

1. It is the belief of the undersigned that John McAtee testified at his own trial and made allegations with regard to the Defendant in the above referenced matter.

2. It is the understanding of the undersigned that Jodi McAtee testified at the trial entitled United States v. John McAtee and testified with regard to the conduct and actions of the above referenced Defendant.

3. It is the understanding of the undersigned that the United States Government intended to call certain witnesses from various stores and distributors with regard to the identity of individuals who made purchases of alleged precursors of methamphetamine.

4. To adequately represent Terry Mess, either at trial or through the plea and sentencing process, the undersigned needs copies of the transcript of John McAtee, Jodi McAtee and any clerks from any of the institutions precursors were purchased from.

5. The Defendant is indigent. The undersigned has been appointed to represent him. As such, the Defendant does not have the ability to pay for the cost of preparation of the transcripts.

WHEREFORE, the undersigned request that the Court authorize payment of a portion of the transcript in United States v. John McAtee, CR 05-2005                    .

<table>
<tr><td>

**ORDER**
**This motion is granted as requested.**

*[signature]*
JOHN A. JARVEY
MAGISTRATE JUDGE
U.S. DISTRICT COURT

</td><td>

__/S/_____
Crystal L. Usher                LI0010493
NAZETTE, MARNER, WENDT,
KNOLL & USHER, L.L.P.
100 1st Street SW, Suite 100
Cedar Rapids, IA 52404
(319) 364-0124
(319) 364-1116 – Facsimile
email: crystal.usher@nazmar.com
ATTORNEY FOR DEFENDANT

</td></tr>
</table>

**Copy To:**
**Daniel C. Tvedt, Assistant US Attorney**

**CERTIFICATE OF SERVICE**
The undersigned certifies that the foregoing instrument
was served upon all parties to the above cause to each
of the attorneys of record herein at their respective addresses
disclosed on the pleadings on October 6, 2005.

By: ___ U.S. Mail                ___ FAX
    ___ Hand Delivered          ___ Overnight Courier
    ___ Certified Mail_X__ Other: email

Signature ___/S/_____