IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
_E. Dubuque_ DIVISION

OCT 28 2005

By:_____
DEPUTY

Case Number: _CR05-1025_     Date: _10/28/05_
Case Name: _USA_ v. _Jerry Lee Moss_
Judge: The Honorable John A. Jarvey
Time in Court: Start _3:05_ a.m./(p.m.) Adjourn _3:26_ a.m./(p.m.)
Time in chambers _____
Recesses _____
Appearances: Plaintiff _AUSA Stephanie Rose_
Defendant _w/ Crystal Usher_
Court Reporter _Tracy Lamp_     Contract Reporter:(Yes)/No
Interpreter _n/a_     Phone: Yes/No     Certified: Yes/No
Interpreter Language: _____

TYPE OF PROCEEDING:
  A.   HEARING:
    1.   MOTION (Nature):_____
    2.   ARRAIGNMENT: _____   INITIAL APPEARANCE: _____
         (a) Defendant plead GUILTY/NOT GUILTY to counts _____
         (b) Counsel retained/appointed/FPD/Other _____
    (3.)  PLEA: Defendant ~~pleaded guilty~~ to counts _2 of indictment_
         Defendant (DETAINED)/RELEASED pending sentencing.
    4.   OTHER HEARING: _____
  B.   TRIAL: Jury ____   Non-Jury ____   Preliminary Injunction/TRO ____

WITNESSES CALLED/(EXHIBITS) INTRODUCED: _Court Exhibit 1: Plea Agreement,_
         See attached sheet: _yes_
         _Received._

MOTIONS RULED ON BY THE COURT: _____
  Docket Number: _____
  Ruling: _Factual basis for plea established. Rule 11 satisfied. Deft's plea_
  _is knowing, voluntary, and competently entered. Ct recommends_
  Order to Follow: (YES)/NO  _acceptance of deft's plea_

  Docket Number: _RSR_
  Ruling: _____

  Order to Follow: YES/NO

MISC: _____
_____
_____

_Copies to Crystal Usher:_
1. _Consent/PSR_
2. _Waiver/Objections/RSR_

_Stephanie Legislador_
Deputy Clerk