IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

UNITED STATES OF AMERICA, )
)
   Plaintiff, )    No. CR05-1025
)
 vs. )
)
TERRY LEE MESS, )
)
   Defendant. )

## MOTION FOR EXTENSION OF TIME

Plaintiff United States of America requests a one-week extension of time in which to prepare its objections to the Presentence Investigation Report received June 8, 2006. In support of its request, the undersigned states he is researching and attempting to obtain information needed to address issues contained in the Presentence Investigation Report before filing the objections. Counsel for defendant has been contacted and has no objection to the extension.

WHEREFORE, Plaintiff United States of America requests an extension of until June 29, 2006, in which to submit its objections.

Respectfully submitted,

CHARLES W. LARSON, SR.
United States Attorney

By, s/ Daniel C. Tvedt

DANIEL C. TVEDT
Assistant U.S. Attorney
401 First Street SE, Suite 400
Cedar Rapids, IA 52401-1825
319-363-0091/319-363-1990 (Fax)
Dan.Tvedt@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2006, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

 Crystal Usher

 UNITED STATES ATTORNEY

BY:  s/Sue Patton