# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| **UNITED STATES,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **NO. CR05-1025-LRR** |
| v. | ) | |
| | ) | **MOTION FOR EXTENSION OF TIME** |
| **TERRY LEE MESS,** | ) | |
| Defendant. | ) | |

**COMES NOW**, the Defendant, by and through counsel, and for his Motion states:

1. Defendant requests a one-week extension of time in which to prepare his objections to the Presentence Investigation Report received June 8, 2006. In support of his request the undersigned states that she is researching and attempting to obtain information relating to Mr. Mess's criminal history and other issues contained in the Presentence Investigation Report before filing objections.

2. Counsel for the United States has been contacted and has no objection to this extension.

WHEREFORE, Defendant requests an extension of time until June 29, 2006 to submit his objections to the Presentence Investigation Report.

__/S/_____
Crystal L. Usher          LI0010493
NAZETTE, MARNER, WENDT,
KNOLL & USHER, L.L.P.
100 1st Street SW, Suite 100
Cedar Rapids, IA 52404
(319) 364-0124
(319) 364-1116 – Facsimile
email: crystal.usher@nazmar.com
ATTORNEY FOR DEFENDANT

**Copy To:**
**Assistant US Attorney**

**CERTIFICATE OF SERVICE**
The undersigned certifies that the foregoing instrument
was served upon all parties to the above cause to each
of the attorneys of record herein at their respective addresses
disclosed on the pleadings on June 20, 2006.

By: ___ U.S. Mail           ___ FAX
     ___ Hand Delivered       ___ Overnight Courier
     ___ Certified Mail _X__ Other: email

Signature ___/S/_____