# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### EASTERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

TERRY LEE MESS,

      Defendant.

_____

CR 05-1025 LRR

**ORDER**

      Sentencing in the above matter is reset from September 29, 2006 to **October 26, 2006 at 8:00 a.m.** before the undersigned in the Third Floor Courtroom.

      **IT IS SO ORDERED.**

      **DATED** this 14th day of September, 2006.

_____
LINDA R. READE
JUDGE, U. S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA