**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION**

UNITED STATES OF AMERICA,

   Plaintiff,        CR 05-1025 LRR

vs.             **ORDER**

TERRY LEE MESS,

   Defendant.

_____

   Sentencing in the above case is set for October 26, 2006. The Order Setting Sentencing Hearing (docket no. 31) requires that the attorney for each party file a sentencing brief containing specified information at least fourteen calendar days before the sentencing hearing. Attorney Usher has failed to comply with the Court's order.

   IT IS THEREFORE ORDERED that Attorney Usher shall fully comply with the Court's Order Setting Sentencing Hearing within twenty-four hours or face sanctions. If the issues have been resolved, the attorney shall file a document alerting the Court to the same.

   Dated this 17th day of October, 2006.

_____
LINDA R. READE
JUDGE, U. S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA