IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DUBUQUE DIVISION

UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )          No.  CR 05-1025-LRR
                               )
vs.                            )
                               )          NOTICE OF INTENTION TO DISPOSE OF EXHIBITS
TERRY LEE MESS,                )
                               )
            Defendant.         )


        In accordance with L.R. 57.3(f), it is our intention to dispose of Government's Plea

Hearing Exhibit 1 (docket #20) in the above matter on November 1, 2012 unless claimed by you

or your office prior to this date.

        Please notify the Clerk's Office in advance to make arrangements for picking up the

exhibits.

        Dated October 2, 2012


                                        ROBERT L. PHELPS
                                        CLERK OF COURT


                                        s/Sarah K. Melvin
                                        Deputy Clerk