IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DUBUQUE DIVISION

UNITED STATES OF AMERICA,    )
                             )
            Plaintiff,       )           No.  CR 05-1025-LRR
                             )
vs.                          )           STATEMENT OF DESTRUCTION OF EXHIBIT
                             )
TERRY LEE MESS,              )
                             )
            Defendant.       )


Pursuant to L.R. 83.6(g), Plaintiff's  Plea Hearing Exhibit 1 (docket #20) was destroyed by

the Clerk of the United States District Court on December 13, 2012, after having given notice of

intention to do so to counsel of record on October 2, 2012.


            Dated December 13, 2012


                                    ROBERT L. PHELPS
                                    CLERK OF COURT

                                    s/Sarah K. Melvin
                                    Deputy Clerk