# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 05-CR-1025 CJW-MAR |
| Plaintiff, | |
| vs. | **ORDER SCHEDULING REVOCATION HEARING** |
| TERRY LEE MESS, | |
| Defendant. | |

_____

The Petition to Revoke Supervision in the above-entitled matter is before the Court. A hearing will be held before the undersigned on **Tuesday, August 5, 2025, at 4:15 p.m.;** Courtroom 1, United States Courthouse, 111 Seventh Avenue SE, Cedar Rapids, Iowa.

The Clerk of Court is directed to appoint counsel by personal conversation with the attorney appointed to make certain the attorney is able to serve.

Counsel for defendant is reminded to file a notice with the Court stating whether allegations in the Petition to Revoke Supervision will be contested pursuant to Public Administrative Order No. 22-AO-0003-P for the Northern District of Iowa.

**IT IS SO ORDERED** this 20th day of June, 2025.

_____
C.J. Williams, Chief Judge
United States District Court
Northern District of Iowa