# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
## EASTERN DIVISION

_____

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | **)** | |
| | **)** | |
| **Plaintiff,** | **)** | **NO. 5CR1025** |
| | **)** | |
| **vs.** | **)** | **APPEARANCE OF COUNSEL** |
| | **)** | |
| **TERRY LEE MESS,** | **)** | |
| | **)** | |
| **Defendant.** | **)** | |

_____

COMES NOW John D. Jacobsen, of Jacobsen, Johnson & Wiezorek, P.L.C.

and hereby enters his APPEARANCE on behalf of the defendant, **Terry Lee Mess**,

in the above captioned matter.

Respectfully Submitted,

/s/*John D. Jacobsen*
John D. Jacobsen, #19817
Jacobsen Johnson & Wiezorek, P.L.C.
425 2nd Street SE, Suite 803
Cedar Rapids, IA 52401
(319) 286-1767
(319) 286-1137
**ATTORNEY FOR DEFENDANT**
jjacobsen@jjwlegal.com

copy to:
United States Attorney (CMECF)
 Client (US Mail)
I certify that on this 23rd day of June, 2025, the
foregoing was filed electronically via CM-ECF, and
copies were sent to all parties of record.
*/s/ John D. Jacobsen*