# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| **Plaintiff,** | ) | **NO. 5CR1025** |
| | ) | |
| vs. | ) | **NOTICE AS TO** |
| | ) | **SUPERVISED RELEASE** |
| TERRY LEE MESS, | ) | **VIOLATIONS** |
| | ) | |
| **Defendant.** | ) | |

COMES NOW the defendant, Terry Mess, by and through counsel John D. Jacobsen, and notifies the District Court that the Supervised Release Violations as contained within the Petition to Revoke Supervision are NOT CONTESTED. *See* Doc. 48

Respectfully Submitted,

/s/*John D. Jacobsen*
John D. Jacobsen, #19817
Jacobsen Johnson & Wiezorek, P.L.C.
425 2nd Street SE, Suite 803
Cedar Rapids, IA 52401
(319) 286-1767
(319) 286-1137
**ATTORNEY FOR DEFENDANT**
jjacobsen@jjwlegal.com

copy to:
United States Attorney (CMECF)
 Client (US Mail)

I certify that on this 31st day of July, 2025, the foregoing was filed electronically via CM-ECF, and copies were sent to all parties of record.
*/s/ John D. Jacobsen*