# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. 5CR1025 |
| vs. | **APPLICATION FOR LEAVE TO FILE DEFENDANT'S LETTERS OF SUPPORT *UNDER SEAL*** |
| TERRY LEE MESS, | |
| Defendant. | **(UNRESISTED)** |

COMES NOW the Defendant, by and through Counsel, John D. Jacobsen, and MOVES this Honorable Court for Leave be Granted to submit filings *under seal* for the reasons set forth herein:

1. That Counsel will be filing at least two (2) Letters of Support, on behalf of the Defendant and in furtherance of the dispositional argument for Defendant.

2. That the content and discussion within one of the Letters of Support pertains to items that should remain confidential; mental and/or physical heath diagnosis and treatment.

3. That the Government, though AUSA Hudson, has been contacted as to this request and does NOT object to leave being granted to file the aforementioned item(s) "under seal" as necessary to ensure the confidentiality of those details.

4. No prejudice will befall any party due to the granting of this Application.

5. That Counsel upon granting of this Application will be filing the noted items for the Honorable District Court's consideration in preparation for the Supervised Release hearing, as it relates to dispositional orders.

WHEREFORE Counsel for the Defendant respectfully requests this Honorable Court grant this Motion to provide for Leave to allow for filing of Defendant's Letters of Support *under seal* for the sound reasoning and considerations set forth herein.

RESPECTFULLY SUBMITTED,

/s/*John D. Jacobsen*
John D. Jacobsen, #19817
Jacobsen Johnson & Wiezorek
425 2nd Street SE Suite 803
Cedar Rapids, IA 52401
Telephone: (319) 286-1767
Facsimile: (319) 286-1137
**ATTORNEY FOR DEFENDANT**
jjacobsen@jjwlegal.com

copy to:
Michael Hudson, AUSA (CMECF)
Client (US Mail)

I certify that on this 4th day of August, 2025, the foregoing was filed electronically via CM-ECF, and copies were sent to all parties of record.
*/s/ John D. Jacobsen*